# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

No. 1D19-303

—————————————————

JAY ALAN MEEKS,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

—————————————————

On appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

July 3, 2019

PER CURIAM.

   AFFIRMED.

WETHERELL, MAKAR, and M.K. THOMAS, JJ., concur.

—————————————————

   ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Jay Alan Meeks, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.